149 A.3d 547

**LEWIS, Grant Agbara**

v.

**STATE of Maryland**

**Pet. Docket No. 349, Sept. Term, 2016**

Court of Appeals of Maryland.

November 9, 2016

Reported below: 229 Md.App. 86, 143 A.3d 177.

Petition for writ of certiorari granted.

■

149 A.3d 547

**COUNTY COUNCIL OF PRINCE GEORGE'S CO.**

v.

**CHANEY ENTERPRISES**

**Pet. Docket No. 398, Sept. Term, 2016**

Court of Appeals of Maryland.

November 15, 2016

Opinion of the Court of Special Appeals unreported (No. 1032, Sept. Term, 2014).

Petition for writ of certiorari and cross-petition both granted.